**STATE of Missouri, Respondent,**

v.

**Bradley W. ISE, Appellant.**

**WD 76125 Consolidated with WD 76126 & WD 76127**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 12, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied December 23, 2014

Application for Transfer Denied February 24, 2015

Nicholas Adam Hinrichs, Lenexa, KS, Counsel for Respondent,

Jeanette Lynn Igbenebor, Kansas City, MO, Counsel for Appellant

Before Division One: Thomas H. Newton, P.J., Lisa White Hardwick, Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Bradley W. Ise appeals the circuit court's judgment convicting him of two counts of driving while revoked and one count of following another vehicle too closely. We affirm. Rule 30.25(b).